```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
AYLEEN L. JAMES,                                               :
                                                               :
                              Plaintiff,                       :
                                                               :          20-cv-10565 (LJL)
              -v-                                              :
                                                               :              ORDER
BOROUGH OF MANHATTAN COMMUNITY                                 :
COLLEGE CITY OF UNIVERSITY OF NEW YORK,                        :
ET AL.,                                                        :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2022

LEWIS J. LIMAN, United States District Judge:

The Court will hear oral argument from parties regarding the pending motion to dismiss on October 18, 2022 at 10:00AM. The hearing will be held in-person in Courtroom 15C at the 500 Pearl Street Courthouse, NY, NY 10007.


SO ORDERED.

Dated: September 15, 2022
       New York, New York

_____
       LEWIS J. LIMAN
       United States District Judge