UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AYLEEN JAMES,

                           Plaintiff,

      -against-                                           20 **CIVIL** 10565 (LJL)

                                                         **JUDGMENT**

CITY UNIVERSITY OF NEW YORK,

                           Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated October 25, 2022, Defendant's motion to dismiss and for denial of reconsideration is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       October 26, 2022

                                                          **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                           **BY:**          *K. Mango*

                                                              **Deputy Clerk**